United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 5, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 02-11227**
_____

**FUNG WING LEE; BRENDAN CHUAN,**

**Plaintiffs-Appellants,**

**versus**

**BMCY, INC.; TREA C. YIP; RICHARD YIP; TYF PARTNERSHIP, LTD.,**

**Defendants-Appellees.**

Appeal from the United States District Court
for the Northern District of Texas
Docket No. 01-CV-1262-BD

Before REAVLEY, JONES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Court has considered appellants' position after a review of the briefs and record excerpts and in light of the oral arguments. Having done so, we find no reversible error in the verdict or judgment.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.